UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA          )
                                  )
                                  )     No. 3:08-CR-91
V.                                )     VARLAN/SHIRLEY
                                  )
                                  )
JOHNNY LEE McHENRY                )

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT


An initial appearance was held in this case on June 25, 2008.  Hugh B. Ward,

Assistant United States Attorney, was present representing the government, and Paula Voss,

Federal Defender Services was present representing the defendant.  Upon motion of the

government for detention stating defendant is a danger to the community and a risk of flight,

and pursuant to 18 U.S.C. Section 3142(f)(2), it is ordered that a detention hearing is

scheduled for **Monday, June 30, 2008,**  at **2:30 p.m.**, before the undersigned.

For good cause shown, the defendant's request not to contest, and to waive the

detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)     Defendant be detained.;

(2)     Defendant be committed to the custody of the Attorney
        General for confinement in a corrections facility separate, to
        the extent practicable, from persons awaiting or serving
        sentences or being held in custody pending appeal;

(3)     Defendant be afforded reasonable opportunity for private

consultation with counsel; and

(4)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

          <u>   s/ C. Clifford Shirley, Jr.   </u>
          United States Magistrate Judge